COMMONWEALTH of Pennsylvania,
Respondent

v.

Roy BUSH, Petitioner

No. 204 EM 2016

Supreme Court of Pennsylvania.

February 2, 2017

ORDER

PER CURIAM

AND NOW, this 2nd day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

WHEELER, Anna and "All Similar Situate for Jury Demand" Remand for State Guaranteed Jury Trial(s) by and for "We the People for and by the People "Aggrieved Parties", Petitioner

v.

The SUPERVISORY OFFICERS, AGENTS AND ATTORNEYS OF THE ZONING BOARD OF PHILADELPHIA, of the City and County of Philadelphia, of the Commonwealth of Pennsylvania and the Owners, Officers, Agents, and Attorneys of Northeast Renovations, LLC and Anyone in Opposition to State Guaranteed Jury Trials Rights in Lower Court in their Official Capacity (Only), Respondents

NO. 189 EM 2016

Supreme Court of Pennsylvania.

February 2, 2017

ORDER

PER CURIAM

AND NOW, this 2nd day of February, 2017, the Petition for King's Bench Power or Extraordinary Relief is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Courtney WILSON, Petitioner
No. 320 EAL 2016
Supreme Court of Pennsylvania.
February 3, 2017